# ARMED SERVICES BOARD OF CONTRACT APPEALS

Application Under the Equal Access to Justice Act -- )
)
Zuhmat Group Construction ) ASBCA No. 59824
)
Under Contract No. W91B4M-11-A-0005 )

APPEARANCES FOR THE APPLICANT:

Eric S. Montalvo, Esq.
Lauren R. Brier, Esq.
  The Federal Practice Group
   Worldwide Service
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
Frank A. March, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

Appellant, Zuhmat Group Construction (Zuhmat), has moved to withdraw its application for attorney fees for this appeal, with prejudice, due to a settlement that it reached with the government. The request is unopposed. Accordingly, Zuhmat's application for fees in this appeal is dismissed with prejudice

Dated: 27 September 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA No. 59824, Appeal of Zuhmat Group Construction, rendered in accordance with 5 U.S.C. § 504.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals